COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
NO. 2-02-246-CR

JOSHUA ALLEN SMITH           
           
           
           
        APPELLANT
V.
THE STATE OF TEXAS           
           
           
           
           
    STATE
----------
FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
----------
MEMORANDUM OPINION(1)
AND JUDGMENT
----------
We have considered appellant's
"Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of
the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal. See id.; Tex. R. App. P. 43.2(f).
 
PER CURIAM
PANEL D: GARDNER, J.; CAYCE, C.J.;
and WALKER, J.
DO NOT PUBLISH
Tex. R. App. P. 47.2(b)
(DELIVERED January 16, 2003)

1. See Tex.
R. App. P. 47.4.